# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

**HAZEL L. COLEMAN**                                                                  **PLAINTIFF**

**v.**                              **5:05CV00281-WRW**

**HEALTHNOW NEW YORK, INC.,**
**d/b/a BLUE CROSS & BLUE SHIELD**
**OF WESTERN NEW YORK**                                           **DEFENDANT**

## ORDER

Pending is Plaintiff's Motion for Voluntary Nonsuit (Doc. No. 18). The Motion is GRANTED. Defendant's pending Motion for Summary Judgment (Doc. No. 14) and Motion for Relief (Doc. No. 17) are DENIED as MOOT.

IT IS SO ORDERED this 26th day of June, 2007.

                                                      /s/Wm. R. Wilson, Jr.
                                         UNITED STATES DISTRICT JUDGE